**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NEW HAMPSHIRE INDEMNITY COMPANY, INC.,

Plaintiff,

CASE NO.: 3:05-CV-1280-J-12MCR

vs.

DONNA REID, as Personal Representative of the Estate of Jonathan Merlino, deceased, HELEN KEARNS, as Personal Representative of the Estate of Eric Scott Kearns, deceased, JOHN P. MERLINO, JEFFREY BRUCE ANDERSON, JR., and JUAN QUILES, III,

Defendants.

---

# ORDER

This cause is before the Court on the Plaintiff New Hampshire Indemnity Company's Motion to Drop Parties (Doc.98), filed February 23, 2007. The Defendants have not filed a response in opposition. The Court has reviewed the Plaintiff's motion, construes it as a motion for dismissal pursuant to Fed.R.Civ.P 41(a), and will grant the motion. Accordingly, it is

**ORDERED AND ADJUDGED:**

That the Plaintiff New Hampshire Indemnity Company's Motion to Drop Parties (Doc.98), construed as a motion for dismissal pursuant to Fed.R.Civ.P 41(a), is granted, and the Defendants John P. Merlino, Jeffrey Bruce Anderson, Jr., and Juan Quiles, III are hereby dismissed from this case.

**DONE AND ORDERED** this __14th____ day of March 2007.

Howell W. Melton
Senior United States District Judge

Copies to:
Counsel of Record